## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>RYU89146 HOLDINGS LLC, a Nevada Limited Liability Company, JONES MARKET & DELI, INC. a Nevada Corporation, WHIP X LLC, a Nevada Limited Liability Company, YGFNV LLC, a Nevada Limited Liability Company, SEUNGHYUK NA, an individual, and SUN K. MA, an individual,<br><br>Defendant(s). | **Case No.** 2:26-cv-01602-CDS-NJK<br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE AND FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

The parties, Plaintiffs John Meggs and Access 4 All, Inc. (collectively, "Plaintiffs"), and Defendants RYU89146 Holdings LLC, Seunghyuk Na, and Sun K. Ma (collectively, the "Appearing Defendants"), by and through their respective counsel, jointly stipulate and request that the Court extend the deadline to conduct the conference required by Federal Rule of Civil Procedure 26(f) and to file the stipulated discovery plan and scheduling order. This is the parties' first request to extend this deadline.

1) Plaintiffs filed the Complaint on May 26, 2026 [ECF No. 1].

2) RYU89146 Holdings LLC and Seunghyuk Na answered on June 24, 2026 [ECF No. 15]. Sun K. Ma also answered on June 24, 2026 [ECF No. 16].

3) The docket set August 8, 2026, as the deadline for the discovery plan and scheduling order [ECF No. 15].

4) Three named defendants, JONES MARKET & DELI INC., WHIP X LLC, and YGFNV LLC, have not been served. Plaintiffs have continued their efforts to complete service before the August 24, 2026 Rule 4(m) deadline.

5) In an effort to include all named defendants in a single Rule 26(f) conference and avoid duplicative conferences, disclosures, and scheduling submissions, the appearing parties deferred the Rule 26(f) conference while service efforts continued. The parties recognize that the appearance of the first defendant triggered the deadline under LR 26-1(a), and they therefore submit this request before the present deadline expires.

6) Good cause exists for an extension because it will permit the appearing parties to conduct a meaningful conference while allowing a brief additional period for the remaining defendants to be served and participate if they appear. The requested extension is limited, will promote efficient case management, and is not sought for delay

or any improper purpose.

7) The appearing parties will conduct the Rule 26(f) conference no later than August 28, 2026, whether or not the remaining defendants have been served or appeared by that date, and shall file the stipulated discovery plan and scheduling order no later than September 11, 2026.

Accordingly, the parties respectfully request that the Court extend the deadline to file the stipulated discovery plan and scheduling order from August 8, 2026, to September 11, 2026.

This Stipulation is not intended to cause any delay or prejudice any party.

No further extensions will be granted.

**IT IS SO ORDERED**
Dated: August 7, 2026

.
.
.

Nancy J. Koppe
United States Magistrate Judge