Lee Iglody
NV Bar No. 7757
**Iglody Law PLLC**
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com

Alexander J. Santana
FL Bar No. 89584*
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOHN MEGGS, an individual,
and
ACCESS 4 ALL, INC., a Florida not for Profit Corporation,

Plaintiff(s),

v.

RYU89146 HOLDINGS LLC, a Nevada Limited Liability Company,
JONES MARKET & DELI, INC. a Nevada Corporation,
WHIP X LLC, a Nevada Limited Liability Company,
YGFNV LLC, a Nevada Limited Liability Company,
SEUNGHYUK NA, an individual, and
SUN K. MA, an individual,

Defendant(s).

**Case No.** 2:26-cv-01602-CDS-NJK

**UNOPPOSED MOTION TO REMOVE JOHN A. SALCEDO FROM THE CAPTION AND CM/ECF SERVICE LIST**

Plaintiffs respectfully request that John A. Salcedo be removed from the caption in this matter and from the CM/ECF service list. In support of this Motion, Plaintiffs state as follows:

1. Alexander J. Santana was admitted to practice in this case pro hac vice on June 22, 2026 [ECF No. 14], and is counsel of record for Plaintiffs.

2. John A. Salcedo is an attorney with The Mineo Salcedo Law Firm, P.A., and a member in good standing of The Florida Bar. He is not admitted to the bar of this Court and has not been admitted pro hac vice in this case.

3. Mr. Salcedo's name and contact information appear in the caption of the Complaint [ECF No. 1]. Plaintiffs request that his name be removed from the caption and that he be removed from the CM/ECF service list.

4. Because Mr. Salcedo is not counsel of record, Plaintiffs do not understand Local Rule IA 11-6 to apply. Notice of this Motion has nonetheless been provided to Plaintiffs John Meggs and Access 4 All, Inc., and to all counsel of record. Counsel for Defendants have been contacted and do not oppose the relief requested, and this Motion is therefore unopposed.

5. Plaintiffs remain represented by counsel of record. The relief requested will not delay discovery, trial, or any hearing, and no party will be prejudiced.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order removing John A. Salcedo from the caption in this matter and from future CM/ECF notifications in this case.

DATED: September 11, 2026

Respectfully submitted,

*/s/Lee Iglody*
Lee Iglody
Nev. Bar No. 7757
**Iglody Law**
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com

IT IS SO ORDERED.
Dated: September 14, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge

*/s/ Alexander J. Santana*
Alexander J. Santana
FL Bar No. 89584
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFFS**