**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

John Meggs,
Plaintiff(s),
v.
RYU89146 Holdings LLC,
Defendant(s).

Case No. 2:26-cv-01602-CDS-NJK

**Order**

[Docket No. 34]

Pending before the Court is Plaintiff's motion to extend time to effect service of process. Docket No. 34. The Court must extend the service deadline upon a showing of good cause and possesses discretion to extend the deadline even in the absence of good cause. *See* Fed. R. Civ. P. 4(m); *see also in re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001). The circumstances presented in the motion warrant an extension. Accordingly, the motion to extend is **GRANTED**. The deadline to effectuate service is **EXTENDED** to October 14, 2026.

IT IS SO ORDERED.

Dated: September 22, 2026

Nancy J. Koppe
United States Magistrate Judge